O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ DEWAYNE SMITH,<br><br>        Petitioner,<br><br>  v.<br><br>RALPH DIAZ, WARDEN,<br><br>        Respondent. | NO. EDCV 13-00151-ODW (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Request For Dismissal,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED: May 1, 2013.

                                          OTIS D. WRIGHT II
                               UNITED STATES DISTRICT JUDGE