O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMAJ DEWAYNE SMITH, | ) NO. EDCV 13-00151-ODW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RALPH DIAZ, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Granting Request For Dismissal,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED: May 1, 2013.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE